COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-05-147-CV

 

 

IN THE INTEREST OF F.S., A MINOR CHILD

 

 

                                               ----------

             FROM THE 393RD DISTRICT
COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We have considered
appellant=s AMotion To Consider Dismissal Of Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

 

 

PANEL F: 
CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

 

DELIVERED: March 23, 2006











[1]See Tex. R. App. P. 47.4.